IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1949-LPS |
| | ) | |
| 3SHAPE A/S, 3SHAPE TRIOS A/S, and 3SHAPE INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the case deadlines set forth below are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Exchange of Claim Terms | Aug. 14, 2020 | Aug. 21, 2020 |
| Joint Claim Construction Statement | Aug. 28, 2020 | Sept. 4, 2020 |
| Initial Claim Construction Brief | Sept. 11, 2020 | Sept. 18, 2020 |

*/s/ Jeff Castellano*  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
Jeff Castellano (No. 4837)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  
jcastellano@shawkeller.com  
*Attorneys for Plaintiff*

*/s/ James H.S. Levine*  
James H.S. Levine (No. 5355)  
Joanna Cline (No. 5873)  
TROUTMAN PEPPER  
HAMILTON SANDERS LLP  
Hercules Plaza  
1313 North Market Street  
Suite 5100  
Wilmington, DE 19899-1709  
(302) 777-6500  
james.levine@Troutman.com  
*Attorney for Defendants*

Dated: August 7, 2020

IT IS SO ORDERED this ___ day of August, 2020.

                                                                         _____
                                                                         United States District Judge