# EXHIBIT 3

| | |
|---|---|
| **From:** | S. Lloyd. Smith |
| **Sent:** | Thursday, February 21, 2019 2:17 PM |
| **To:** | Wendelynne Newton |
| **Subject:** | FW:  Stipulation on Danish Proceedings |
| **Attachments:** | mg_info.txt |

-----Original Message-----
From: Jacobs, Blair M. [mailto:blairjacobs@paulhastings.com]
Sent: Monday, December 10, 2018 12:24 PM
To: Smith, S. Lloyd
Subject: Re: Stipulation on Danish Proceedings

[This Email Originated From blairjacobs@paulhastings.com Which Is External To The Firm]

Lloyd,

We have an agreement as proposed in your message.  I am going to forward the Stipulation to our Danish counsel and will be back in touch with any thoughts or comments on that.

Best,
Blair

On Nov 30, 2018, at 4:08 PM, Smith, S. Lloyd <lloyd.smith@bipc.com<mailto:lloyd.smith@bipc.com>> wrote:


Blair –

Further to our conversation, here is a stipulation from Danish counsel for your review.  Please confirm that it is acceptable or advise as to any proposed edits.  Below is our understanding of the parties' agreement. Please confirm that you agree or let me know if you have edits.


  *   The parties agree to dismissal of the Danish action with prejudice.
  *   Each party will pay its own costs and attorney fees.
  *   The dismissal of the Danish lawsuit shall not be construed as an admission by either party as to any of the allegations asserted therein.
  *   The parties agree that neither party shall challenge jurisdiction or venue in the pending patent infringement and antitrust actions in the United States District Court of Delaware,  i.e. Civil Actions Nos. 17-cv-01646, 17-cv-01647, 17-cv-01648, 17-cv-01649, 18-cv-00697, 18-cv-00886, 18-cv-01332.

I look forward to hearing from you.


  *   Lloyd

S Lloyd Smith
IP Litigation Practice Group Co-Chair

1

703 838 6514 (direct)
202 527 3637 (cell)
lloyd.smith@bipc.com<mailto:lloyd.smith@bipc.com>
1737 King Street, Suite 500
Alexandria, VA 22314-2727

vCard<https://urldefense.com/v3/__http://www.bipc.com/load.vcf?type=atty&id=FF05ADFC-83C1-4925-BA26-2427D6386620__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb_5r7_AZg$ > | Bio<https://urldefense.com/v3/__http://www.bipc.com/S-Lloyd-Smith__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb8TN6jXgQ$ > |
BIPC.com<https://urldefense.com/v3/__http://www.bipc.com/__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb-BnlSh6A$ > |
Twitter<https://urldefense.com/v3/__https://twitter.com/buchanannews__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb8seApf4A$ > |
LinkedIn<https://urldefense.com/v3/__http://www.linkedin.com/company/buchanan-ingersoll-&-rooney-pc__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb-LO0F9zg$ >
Visit Buchanan PTAB Report<https://urldefense.com/v3/__http://buchanan-ip.com/PTAB/__;!!PoWaflF1wM8F24I!PGE5WfqGKGIVXMdH2PpZ9V_5xubGxNgWVmmRRWbG6bApQOjZRbTHIdQiJb_Cl5k4Nw$ >

Buchanan Ingersoll & Rooney PC

_____
CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

_____
CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

_____
CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

<Letter to Court re. settlement.DOCX.secure>