# **EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1949-LPS |
| | ) | |
| 3SHAPE A/S, 3SHAPE TRIOS A/S, 3SHAPE INC., and 3SHAPE MANUFACTURING US, LLC | ) ) ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF ALIGN TECHNOLOGY, INC.'S
AMENDED RULE 26 INITIAL DISCLOSURES**

Pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure, Plaintiff Align Technology, Inc. ("Align") hereby provides the following initial disclosures based upon the information reasonably available to Align as of this date. By making these disclosures, Align does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Rather, these disclosures represent a good faith effort by Align to identify information currently available to it that falls within the scope of Rule 26(a)(1). Accordingly, these disclosures do not include information that may be used solely for impeachment purposes.

Align makes these disclosures without waiving any claim of privilege and/or work product protection, or any objection to the discoverability, disclosure, relevance, or admissibility of the information contained in these disclosures. Align's disclosures are made with the understanding that it does not yet know, and cannot anticipate, all of the positions that it or Defendants 3Shape A/S, 3Shape Trios A/S, 3Shape Inc., and 3Shape Manufacturing US, LLC (collectively, "3Shape" or "Defendants") may take in this dispute. Therefore, Align reserves the

1

right to amend, change, modify, supplement, or otherwise alter these disclosures in a manner consistent with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the Court's orders in this matter.  Align also reserves the right to use any documents or information disclosed or provided by any other party or person for any purpose to the fullest extent permitted by law, and Align reserves the right to rely upon the individuals identified below for subjects other than those identified in this disclosure.

All of the disclosures set forth below are made subject to the above qualifications.

## INITIAL DISCLOSURES

### A.    Identity of Persons Likely to Have Discoverable Information

After a reasonable inquiry and based upon the information reasonably available at this time, Align identifies the following as individuals likely to have discoverable information that Align may use to support its claims or defenses.  In making these disclosures, Align does not waive its right to object, pursuant to any applicable Federal or Local Rule, to the deposition or trial testimony of any of the individuals listed below:

| Name of Witness | Contact Information | Subject Matter |
|---|---|---|
| Abhishek Ganguly | To be contacted through counsel for Align | Facts refuting 3Shape's claims and defenses |
| Adi Levin | To be contacted through counsel for Align | The inventions disclosed in the '430, '088, and '089 patents |
| Avi Kopelman | To be contacted through counsel for Align | The invention disclosed in the '294 patent |
| Eric E. Kuo | To be contacted through counsel for Align | Align's Invisalign System and iTero Scanner System |
| Jami Krueger | To be contacted through counsel for Align | Facts refuting 3Shape's claims and defenses |
| Kerri Kling | To be contacted through counsel for Align | Sales and marketing of Align's Invisalign System and iTero Scanner System and lab business |
| Leon Rasovsky | To be contacted through counsel for Align | Facts refuting 3Shape's claims and defenses |

| Lisa Barry | To be contacted through counsel for Align | Sales and marketing of Align's iTero Scanner System and Invisalign System |
|---|---|---|
| Maayan Moshe | To be contacted through counsel for Align | The inventions disclosed in the '430, '088, and '089 patents |
| Mike Sabina | To be contacted through counsel for Align | Facts refuting 3Shape's claims and defenses |
| Mikhail Minchenkov | To be contacted through counsel for Align | Development, structure, and function of the software relating to Align's iTero Scanner System |
| Mitra Derakhshan | To be contacted through counsel for Align | Align's Invisalign System and iTero System |
| Ofer Saphier | To be contacted through counsel for Align | The inventions disclosed in the '430, '088, and '089 patents; the development, structure, and function of the software relating to Align's iTero Scanner System |
| Srini Kaza | To be contacted through counsel for Align | Facts refuting 3Shape's claims and defenses |
| Stefan Weichers | To be contacted through counsel for Align | Financial information, including sales information, relating to Align's Invisalign System and iTero Scanner System |
| Tal Verker | To be contacted through counsel for Align | The inventions disclosed in the '430, '088, and '089 patents |
| Yossi Atiya | To be contacted through counsel for Align | Development, structure, and function of the optics relating to Align's iTero Scanner System |
| Zelko Relic | To be contacted through counsel for Align | The development and testing of Align's Invisalign System and iTero Scanner System, the business of Align, Align's products |
| Arrowhead Dental, Inc. | 11170 State St. Sandy, UT 84070 (800) 800-7200 | Dental lab use of 3Shape products |
| Bona-Dent, Inc. | 2495 Bonadent Dr. Seneca Falls, NY 13148 (315) 539-8875 | Dental lab use of 3Shape products |
| Carbon, Inc. | 1089 Mills Way Redwood City, CA 94063 1 (650) 285-6307 | Use of 3D printers with 3Shape products |
| Dr. Alan Jurim | 370 Crossways Park Drive Woodbury, NY 11797 (516) 407-1027 | Dental lab and doctor use of 3Shape products |
| Henry Schein Inc. | 135 Duryea Road Melville, NY 11747 | Marketing, sale, distribution, and training related to 3Shape's accused products, including regarding 3Shape's infringement of Align's patents |

| | | |
|---|---|---|
| Jesper Bo Jensen | | 3Shape's knowledge regarding Align's patents and 3Shape's accused products |
| Ka Man Cheang | | The inventions disclosed in the '420 patent |
| Kainos Dental Lab, Inc. | 1844 San Miguel Drive, Suite 103<br>Walnut Creek, CA 94596<br>(800) 331-4834 | Dental lab use of 3Shape products |
| Kayla Nakanishi<br>Nakanishi Dental Lab | Nakanishi Dental Lab<br>2959 Northup Way, Bellevue, WA 98004<br>(425) 822-2245 | Dental lab use of 3Shape products |
| Mikael Petersen | Unknown | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software as well as the importation and distribution of those products |
| New Image Dental Laboratory, Inc. | 1395 Southlake Pkwy<br>Morrow, GA 30260<br>(770) 968-0911 | Dental lab use of 3Shape products |
| Patterson Companies Inc. | 1031 Mendota Heights Rd<br>Saint Paul, MN 55120 | Marketing, sale, distribution, and training related to 3Shape's accused products, including regarding 3Shape's infringement of Align's patents |
| Raphael Pascaud | | Facts refuting 3Shape's claims and defenses |
| Rasmus Nielsen | | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Sidse Thinngaard | | 3Shape's knowledge regarding Align's patents and 3Shape's accused products |
| Sven Nonboe | | 3Shape's knowledge regarding Align's patents and 3Shape's accused products |
| The Argen Corporation | 8515 Miralani Dr.<br>San Diego, CA 92126<br>(858) 455-7900 | Use and sales of 3Shape products, as well as related activities such as technical support |
| Tim Mack | 16 Cameron Ct.<br>Princeton, NJ 08540-3924 | Facts refuting 3Shape's claims and defenses |
| Zahn Dental Labs | c/o Henry Schein Inc.<br>135 Duryea Road<br>Melville, NY 11747 | Marketing, sale, distribution, and training related to 3Shape's accused products, including regarding 3Shape's infringement of Align's patents |
| Alan Bogdanic | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |

4

| Allan Hyldal | To be contacted through counsel for 3Shape | Facts refuting 3Shape's claims and defenses, Align and 3Shape business dealings |
|---|---|---|
| Alexei Miretsky | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Anders Gaarde | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Bardur Isleifsson | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Casper Ryding | To be contacted through counsel for 3Shape | 3Shape's marketing practices regarding the accused products |
| Christoffer Melchior | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Daniella Alelouf | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Henrik Brandt | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Henrik Öjelund | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Jacob Birkelund | To be contacted through counsel for 3Shape | 3Shape's knowledge of Align's products and the design of 3Shape's products |
| Katrina Grøen Rindom | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software as well as training regarding those products |
| Kristian Hansen | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Lars Beck | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Lars Lund | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software as well as marketing and advertising materials related to those products |
| Marat Khaitov | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Marianne Heidam | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |

| | | |
|---|---|---|
| Michael Maccaquano | To be contacted through counsel for 3Shape | 3Shape's sales and marketing practices regarding the accused products |
| Michael Vinther | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Mike Van der Poel | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Mikkel Ninn-Grønne | To be contacted through counsel for 3Shape | 3Shape's knowledge regarding the Asserted Patents and Align's products |
| Nikolaj Deichmann | To be contacted through counsel for 3Shape | Facts refuting 3Shape's claims and defenses, Align and 3Shape business dealings, 3Shape's knowledge regarding the Asserted Patents and Align's products |
| Prita Andersen | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Rune Fisker | To be contacted through counsel for 3Shape | 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Simone Siandre | To be contacted through counsel for 3Shape | 3Shape's sales and marketing practices regarding the accused products |
| Sophie Ellersgaard | To be contacted through counsel for 3Shape | Technical and customer support for 3Shape's accused products including the TRIOS 3 and 4 scanners and associated software |
| Tais Clausen | To be contacted through counsel for 3Shape | Facts refuting 3Shape's claims and defenses, Align and 3Shape business dealings, 3Shape's knowledge regarding the Asserted Patents and Align's products |
| Wendi Cohen | To be contacted through counsel for 3Shape | 3Shape's sales and marketing practices regarding the accused products |

Align further identifies and incorporates by reference the individuals disclosed in any initial and/or supplemental disclosures, individuals who were deposed in this case or who have provided testimony relevant to the case by the parties' cross-use agreements, as well as any individuals identified by the parties' documents and things that will be produced in this matter. Align reserves the right to supplement this information, including to add or remove names, if and

6

as additional information later becomes known, and to designate and/or call further witnesses at trial. Align also reserves the right to object to the deposition or trial testimony of any individual identified in these initial disclosures. By indicating above the substance of the information known by these individuals and/or the general subject matter of information these individuals possess, Align is in no way limiting its right to call any individuals listed to testify concerning other subjects. Align also reserves the right to rely upon expert testimony regarding the infringement and validity of the patents-in-suit, as well as regarding damages and/or any other issue about which expert opinion testimony may be relevant and appropriate.

### B.      Relevant Documents and Tangible Things

Based upon the information reasonably available at this time, Align identifies the following categories of documents, data compilations, and tangible things in its possession, custody, or control that it may use to support its claims. This disclosure does not include expert material that may be developed, which will be disclosed pursuant to the Federal Rules of Civil Procedure and the Court's scheduling order. This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney-client privilege, work product protection, or other applicable protection or immunity from discovery. Because discovery is just commencing and Align's search for documents that it may use to support its assertions is ongoing, Align reserves the right to identify additional documents as discovery proceeds.

The categories are:

   1. U.S. Patent Nos. 9,975,294, 9,844,420, 9,675,430, 10,507,088, and 10,507,089 (the "Asserted Patents");

2. Documents related to 3Shape's TRIOS Scanner Systems, Ortho System, and Dental System products that Align has accused of infringing the Asserted Patents;

3. Financial, sales, and/or marketing information related to the 3Shape's products that Align has accused of infringing the Asserted Patents;

4. Documents relating to the conception and reduction to practice of the inventions claimed in the Asserted Patents;

5. Documents related to the prosecution of the Asserted Patents and related patents and applications, including but not limited to the related application and prosecution file history and prior art references cited therein;

6. Prior art and related materials to the Asserted Patents;

7. Documents relating to Align's development, design, marketing, pricing and sales of its competing products, including but not limited to Align's iTero Scanner System.

8. Documents relating to Align's enforcement practices concerning relevant patented technologies;

9. Documents reflecting communications between Align and 3Shape concerning the accused products; and

10. Other documents related to Align's assertions that 3Shape is infringing the Asserted Patents.

Align will produce documents at a mutually agreeable time and location. Documents to be produced that contain confidential information will bear the appropriate designation under the protective order in this case.

## C.  Computation of Damages

Align seeks lost profits and, in any event, no less than a reasonable royalty. The amount Align is seeking is not calculable at this time but will be an amount no less than a reasonable royalty. Align reserves the right to supplement this information as additional information becomes known.

## D.  Insurance Agreements

Align does not have any insurance agreement that falls within Fed. R. Civ. P. 26(a)(1)(A)(iv).

|  |  |
|---|---|
|  | */s/ Christina A. Ondrick* |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Blair M. Jacobs | Jeff Castellano (No. 4837) |
| Christina A. Ondrick | SHAW KELLER LLP |
| PAUL HASTINGS LLP | I.M. Pei Building |
| 875 15th Street, NW | 1105 North Market Street, 12th Floor |
| Washington, DC 20005 | Wilmington, DE 19801 |
| (202) 551-1700 | (302) 298-0700 |
| blairjacobs@paulhastings.com | jshaw@shawkeller.com |
| christinaondrick@paulhastings.com | kkeller@shawkeller.com |
|  | jcastellano@shawkeller.com |
| Thomas A. Counts | *Attorneys for Plaintiff* |
| PAUL HASTINGS LLP |  |
| 101 California Street, 48th Floor |  |
| San Francisco, CA 94111 |  |
| (415) 856-7000 |  |
| tomcounts@paulhastings.com |  |

Dated:  October 19, 2020

9

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, the foregoing was served by electronic mail to all counsel of record.

/s/ Christina A. Ondrick
Christina A. Ondrick