IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1949-LPS |
| | ) |
| 3SHAPE A/S and 3SHAPE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] SCHEDULING ORDER**

At Wilmington this _____ day of _____, 2020, in order to effectuate the Court's Oral Order (D.I. 176), the Court ORDERS as follows:

1. The February 7, 2022 trial date and January 28, 2022 pretrial hearing date for this case are vacated.

2. Trial in this case will be scheduled for a date to be determined after completion of the trials in the 1646 action (C.A. No. 17-1646).

3. The parties shall meet and confer concerning any revisions to the Scheduling Order (D.I. 054) that accounts for the vacated trial and pretrial hearing dates.

_____
Chief United States District Judge